Case 4:09-cv-03390   Document 61   Filed on 08/22/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOEL ESCOBEDO, | § |
| Petitioner, | § § § |
| VS. | §  CIVIL ACTION NO. 4:09-CV-03390 |
| BOBBY LUMPKIN, | § § § |
| Respondent. | § |

## ORDER

Texas death-row inmate Joel Escobedo filed a federal petition for a writ of habeas corpus in 2009. The Court stayed this case in 2018. (Docket Entry No. 49). On June 8, 2023, the Court entered an Order reopening this case to allow Escobedo to provide a status update regarding his state litigation. (Docket Entry No. 59). On July 10, 2023, Escobedo filed a status update. (Docket Entry No. 60).

Having reviewed Escobedo's filing, the Court finds that continued stay of these proceedings is appropriate. Accordingly, this case is **STAYED** and **ADMINISTRATIVELY CLOSED**.

It is so ORDERED.

SIGNED on August 22, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge